No. 87–1199.  ABACUS MORTGAGE INVESTMENT CO. v. SUTTON PLACE DEVELOPMENT CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–1203.  HORNSBY v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 87–1205.  FLEISHER v. CITY OF SIGNAL HILL, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–1209.  BROWN ET AL. v. ALABAMA ET AL.  Sup. Ct. Ala.  Certiorari denied.

No. 87–1215.  E & T REALTY ET AL. v. STRICKLAND ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–1216.  ARTHUR YOUNG & CO. v. BURULL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–1218.  ADAMS ET AL. v. PAN AMERICAN WORLD AIRWAYS, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–1220.  ROCKLAND INDUSTRIES, INC. v. CHUMBLEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–1223.  GER-SHEP, INC. v. UNITED STATES; KLP, INC. v. UNITED STATES; MCMINN'S ASPHALT CO., INC. v. UNITED STATES; MCMINN'S ASPHALT PRODUCTS, INC. v. UNITED STATES; SCHELL v. UNITED STATES; and SWEIGART v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 87–1228.  PENNWALT CORP. v. DURAND-WAYLAND, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 87–1230.  PRICE, ADMINISTRATOR OF THE ESTATE OF PRICE v. SCOTT, EXECUTRIX OF THE ESTATE OF SCOTT.  C. A. 11th Cir.  Certiorari denied.

No. 87–1239.  BLOOR ET AL. v. MONTGOMERY COUNTY, MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.